IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JEFF BARTELS, | |
| Plaintiff, | Civil Action No. 25-cv-934 |
| v. | Judge Bissoon |
| LIUDOUJIANGSHOP, *et al*., | |
| Defendants. | **FILED UNDER SEAL** |

**PRELIMINARY INJUNCTION ORDER**

WHEREAS, Plaintiff filed an *Ex Parte* Application for the following: 1) a temporary restraining order; 2) an order restraining assets and Merchant Storefronts (as defined *infra*); 3) an order to show cause why a preliminary injunction should not issue; and 4) an order authorizing expedited discovery against the Defendants identified on **Schedule "A"** to the Complaint and attached hereto (collectively, the "Defendants"). The Court has considered the Application, the evidence in the record, and the applicable law.

WHEREAS, Plaintiff filed an Ex Parte Motion for An Order Authorizing Alternative Service on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3);

WHEREAS, on August 1, 2025, the Court entered the following Orders:

(A) (1) a temporary restraining order; (2) an order restraining assets and Merchant Storefronts, (3) an order to show cause why a preliminary injunction should not issue; and (4) an order authorizing expedited discovery against all of the Defendants identified on the attached Schedule "A", and the Third-Party Service Providers and Financial Institutions, in light of

Defendants' intentional and willful offerings for sale and/or sales of Infringing Products

("Application"); and

(B) Order Authorizing Alternative Service on Defendants Pursuant to Federal Rule of

Civil Procedure 4(f)(3) ("the Alternative Service Order");

WHEREAS, pursuant to the terms of the Alternative Service Order, all the Defendants

have been served with notice of this Show Cause Hearing; and

WHEREAS, on August 19, 2025, Plaintiff, appeared for the Order to Show Cause

Hearing. None of the Defendants filed responses or contested the preliminary injunction order.

Further, none of the Third-Party Service Provider(s) or Financial Institution(s) appeared.

Specifically, Plaintiff has presented evidence clearly demonstrating that Defendants are

using, without authorization, Plaintiff's copyrighted images[1] while promoting, selling, offering

for sale and distributing knock-offs of Plaintiff's Products in a willful attempt to pass off their

knock-off products as genuine versions of Plaintiff's Products within this district and throughout

the United States by operating e-commerce stores established via at least one of the Internet

marketplace websites Amazon.com, Temu, and Walmart.com under their Store Names and Seller

Names identified on **Schedule "A"** of the Complaint (the "Seller IDs"  ("Infringing or Knock-

Off Products."))

The Court having considered all of the arguments and evidence set forth in the respective

parties filings, and as discussed in Court, having found good and sufficient cause to grant the

---

[1]    Plaintiff has obtained the following copyright registration on his original artwork used to market and advertise his art and products: VA 2-321-928 and VA 2-301-715 . True and correct copies of the registration and the deposit copies are attached to the Complaint as **Exhibit 1** (the "Jeff Bartels Works").

injunctive relief as set forth below, and, for the reasons set forth on the record, it is hereby
ORDERED:

## I. Restraining Order

A.  IT IS HEREBY ORDERED, as good and sufficient cause has been shown, the injunctive
relief previously granted on August 1, 2025, shall remain in place through the pendency of
this litigation, and issuing this Preliminary Injunction (hereafter "PI Order") is warranted
under 17 U.S.C. § 504, and Federal Rule of Civil Procedure 65.

Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all
persons in active concert or participation with any Defendant having notice of this Order are
hereby restrained as follows:

(1) from (a) their unauthorized and unlicensed use of the Jeff Bartels Works in connection
with the distribution, marketing, advertising, offering for sale, or sale of any products;
and (b) shipping, delivering, holding for sale, transferring, or otherwise moving, storing,
distributing, returning, or otherwise disposing of, in any manner products which use the
Jeff Bartels Works;

(2) from secreting, concealing, destroying, altering, selling off, transferring or otherwise
disposing of and/or dealing with any computer files, data, business records, documents or
any other records or evidence relating to their User Accounts,[2] Merchant Storefronts[3] or

---

[2]    As defined in the Application, a "User Account" is, as defined in the Complaint, any and all accounts with
online marketplace platform(s) Amazon, Temu, or Walmart, as well as any and all as yet undiscovered accounts
with additional online marketplace platforms held by or associated with Defendants, their respective officers,
employees, agents, servants and all other persons in active concert with any of them.

[3]    As defined in the Application, a "Merchant Storefront" is any and all User Accounts through which Defendants,
their respective officers, employees, agents, servants and all persons in active concert or participation with any
of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer
for sale, sell and/or otherwise deal in products which are held by or associated with Defendants, their respective
officers, employees, agents, servants and all persons in active concert or participation with any of them.

any money, securities or other property or assets of Defendants (hereinafter collectively referred to as "Defendants' Assets");

(3) effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Account, Merchant Storefront or any other means of importation, exportation, advertising, marketing, promotion, distribution, and/or display for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order;

(4) each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue use of the Jeff Bartels Works within metatags or other markers within website source code, from use on any web page (including as the title of any product listing), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use such terms or works which is visible to a computer user or serves to direct computer searches to Internet based e-commerce stores owned, or operated by each Defendant, including the Merchant Storefronts operating under the Seller IDs;

(5) each Defendant shall not transfer ownership of the User Accounts or Merchant Storefronts associated with the Seller IDs;

(6) each Defendant shall preserve copies of all computer files relating to the use of any User Accounts and/or Merchant Storefronts under the Seller IDs and shall take steps necessary to retrieve computer files relating to the use of the User Accounts and/or Merchant Storefronts under their Seller IDs that may been deleted before the entry of this Order;

(7) upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to Amazon.com, Inc. and its affiliate, Amazon Services LLC d/b/a Amazon.com ("Amazon"),  Whaleco Inc., a Delaware Corporation, which is a wholly owned subsidiary of Pinduoduo Inc. which is owned by PDD Holdings (collectively, "Temu"), Walmart.com USA LLC and Walmart, Inc. ("Walmart"), ("Third Party Service Provider(s)'') Amazon Payments, Inc. d/b/a pay.amazon.com, and PayPal, Inc. d/b/a paypal.com ("PayPal"), Walmart d/b/a Walmart Pay ("Financial Institution(s)"), and their related companies and affiliates, shall immediately identify and restrain all funds, as opposed to ongoing account activity, in or which are hereafter transmitted into the accounts related to the Defendants as identified on **Schedule "A"** hereto, as well as all funds in or which are transmitted into (i) any other accounts of the same customer(s); (ii) any other accounts which transfer funds into the same financial institution account(s), and/or any of the other accounts subject to this Order; and (iii) any other accounts tied to or used by any of the Seller IDs identified on **Schedule "A"** hereto;[4]

(8) upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to the Third Party Service Provider(s) and the Financial Institution(s), shall immediately divert to a holding account for the trust of the Court all funds in or which are hereafter transmitted into all accounts related to Defendants

---

[4]    This Order contemplates that discovery may reveal that Defendants may have other user accounts operated by other Third-Party Service Providers and Financial Institutions and that the additionally discovered Third Party Service Providers and Financial Institutions, once identified and provided with notice, shall also be subject to the discovery, restraints and injunctions set forth in this Order.

identified in **Schedule "A"** hereto, and associated payment accounts, and any other accounts for the same customer(s) as well as any other accounts which transfer funds into the same financial institution account(s) as any other accounts subject to this Order;

(9) The Third-Party Service Provider(s) and Financial Institution(s) shall further, within five (5) business days of receiving this Order, provide Plaintiff's counsel with all data that details (i) an accounting of the total funds restrained and identifies the financial account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into financial account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account holders, until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by any Third-Party Service Provider or Financial Institution for any purpose (other than pursuant to a chargeback made pursuant to that Third Party Service Provider or Financial Institution's security interest in the funds) without express authorization of this Court; (in order to confirm compliance with this Order, the Plaintiff is permitted leave to serve a subpoena on such Third Party Service Provider(s) and Financial Institution(s) seeking the following information:  (a) Bank account and routing numbers registered and used with regard to each seller account; (b) Financial records and other documents identifying the use of third-party payment service providers such as Payoneer and Wise; (c) Dates when funds were last sent from the seller to their seller account and the respective amount transferred; (d) Dates when funds were last sent from the seller account to the seller and the respective amount transferred; (e) amount and location of the

seller's assets that are in Amazon's, Temu's, or Walmart's control; and (f) all documents identifying the Defendants.

(10) Upon Plaintiff's request, any Internet marketplace who is provided with notice of this Order, including but not limited to the Third-Party Service Provider(s) and Financial Institution(s), shall immediately cease fulfillment of and sequester Defendants' inventory assets corresponding to the Seller IDs identified on **Schedule "A"** hereto in its inventory, possession, custody, or control, and hold such goods in trust for the Court during pendency of this action;

(11) this Order shall apply to the Seller IDs, associated Accounts and Merchant Storefronts, and any other seller identification names, Accounts or Merchant Storefronts, Third Party Service Provider or Financial Institution accounts which are being used by Defendants for the purpose of infringing the Jeff Bartels Works;

(12) Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to the Third-Party Service Provider(s) and the Financial Institution(s), subject to this Order may petition the Court to modify the asset restraint set out in this Order; and

(13) this PI Order and the Alternative Service Order, shall remain in effect during the pendency of this action or until further order of the Court, and Plaintiff shall serve the Defendants with a copy of this PI Order in accordance with the Alternative Service Order.

B.  IT IS HEREBY ORDERED, as sufficient cause has been shown, that upon Plaintiff's request, any Internet marketplace that is provided with notice of this Order, including but not

limited to the Third-Party Service Providers and Financial Institutions, is hereby restrained, and enjoined from engaging in any of the following acts or omissions pending the hearing and determination of Plaintiff's Application for a preliminary injunction, or until further order of the Court:

(1) secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying Defendants' Assets from or to financial accounts associated with or utilized by any Defendant or any Defendant's User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) ("Defendants' Financial Accounts") until further ordered by this Court; and

(2) within five (5) days after receiving notice of this Order, providing services to Defendants, Defendants' User Accounts and Defendants' Merchant Storefronts, including, without limitation, continued operation of Defendants' User Accounts and Merchant Storefronts, and any other listings linked to the same sellers or linked to any other alias seller identification names being used and/or controlled by Defendants.

C.       IT IS HEREBY ORDERED,  upon Plaintiff's request, within no later than five (5) calendar days of Plaintiff's request: all online marketplaces, including but not limited to, Amazon.com, Temu, and Walmart.com, shall upon receipt of this Order, suspend, block, tombstone, and/or delete any and any product listings identified by the Plaintiff as either identical or substantially similar to the Jeff Bartels Works, whether sold by the Defendant or other persons or entities.

D. IT IS HEREBY ORDERED, that upon Plaintiff's request, any Third Parties are ordered to suspend any listings of a product that Plaintiff asserts infringes the Jeff Bartels Works and is

identified as originating from outside of the United States and unfairly competing with Plaintiff's Product.

## II. Order Authorizing Expedited Discovery

A.  IT IS FURTHER ORDERED, as sufficient cause has been shown, that:

(1) Plaintiff may propound interrogatories pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and Defendants, their respective officers, employees, agents, servants and attorneys, and all persons in active concert or participation with any of them, who receive actual notice of this Order, shall provide written responses under oath to such interrogatories within fourteen (14) days of service to Plaintiff's counsel.

(2) Plaintiff may serve requests for the production of documents pursuant to FRCP 26 and 34, and Defendants, their respective officers, employees, agents, servants and attorneys, and all persons in active concert or participation with any of them, who receive actual notice of this Order, shall produce all documents responsive to such requests within fourteen (14) days of service to Plaintiff's counsel.

(3) Plaintiff may serve requests for admissions pursuant to FRCP 26 and 36, and Defendants, their respective officers, employees, agents, servants and attorneys, and all persons in active concert or participation with any of them, who receive actual notice of this Order, shall provide written responses under oath to such requests within fourteen (14) days of service to Plaintiff's counsel.

B.  IT IS FURTHER ORDERED, as sufficient cause has been shown, that within fourteen (14) days of receiving actual notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms,

including but not limited to the Third Party Service Provider(s) and the Financial
Institution(s), shall provide to Plaintiff's counsel all documents and records in their
possession, custody or control (whether located in the U.S. or abroad) relating to Defendants'
User Accounts and Defendants' Merchant Storefronts, including, but not limited to,
documents and records relating to:

(1) any and all User Accounts and Defendants' Merchant Storefronts and account details,
including, without limitation, identifying information and account numbers for any and
all User Accounts and Defendants' Merchant Storefronts that Defendants have ever had
and/or currently maintain with the respective Third-Party Service Provider;

(2) the identities, location and contact information, including any and all e-mail addresses of
Defendants that were not previously provided;

(3) the Defendants' methods of payment, methods for accepting payment and any and all
financial information, including, but not limited to, information associated with
Defendants' User Accounts and Defendants' Merchant Storefronts, a full accounting of
Defendants' sales history and listing history under such accounts and Defendants'
Financial Accounts associated with Defendants' User Accounts and Defendants'
Merchant Storefronts[5]; and

(4) Defendants' unauthorized and unlicensed use of the Jeff Bartels Works in connection
with the distribution, marketing, advertising, offering for sale, or sale of any products,
and any products which use the Jeff Bartels Works.

---

[5] The data produced to Plaintiff shall include the data and documents required to be collected by the Federal Trade
Commission, pursuant to 15 U.S.C. § 45(f); *See also* Pennsylvania Unfair Trade Practices and Consumer Protection
Law, 73 P.S. §§ 201-1, *et seq.*(Requiring Third Party Service Providers to collect and keep records pertaining to
identities and locations of high volume sellers, as well as financial documents, including, W-8s and W-9s.)

### III. Security Bond

IT IS FURTHER ORDERED that the $5,000.00 bond posted by Plaintiff shall remain

with the Court until a final disposition of this case or until this PI Order is terminated.

### IV. Unsealing Order

WHEREAS, the reasons for keeping the documents in this case sealed no longer exist, it

is FURTHER ORDERED that the Clerk of Court is hereby directed to unseal all the documents

previously filed under seal in this case.

**SO ORDERED.**

SIGNED this 19th___ day of ___August_____, 2025, at ___4:30__ _p.m.
Pittsburgh, Pennsylvania


                                              s/Cathy Bissoon
                                   _____
                                   UNITED STATES DISTRICT JUDGE

# Schedule "A"
## Defendants with Store Name and Seller ID

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 1 | liudoujiangSHOP | A2HZKDHYYII66U |
| 2 | Sungalaxy | A393M1LMR7FVWH |
| 3 | PUTIANSHILICHENGQUXINCHANGCAIYUANMAOYIYOUXIAN GONGSI | A3IBS9ML4WZ503 |
| 4 | dengzhoushiguanmingshangmaoyouxiangongsi | A219UGBL5CS0YW |
| 5 | haomusports | A3ENKZXTUOMDWA |
| 6 | Yuro Cases | A1CJD3OX7XWXMG |
| 7 | guangzhouweibeimaoyiyouxiangon | A1RW5GC6WTUXC6 |
| 8 | Aqltidiz | A1SXK283TG1SY1 |
| 9 | YuerHealthy | A1TCNIWE7ZJGE8 |
| 10 | AISENSI | A1LKC8X95Q3IVP |
| 11 | ChaoYangYuanXiangShangMaoYouXianGongSi | A2E73V6P0LECJ4 |
| 12 | mingxuanjingmi | A34YBD588W0GXC |
| 13 | StarStudio35 | A3T5CCH4MZ2F7V |
| 14 | Geng Qin | A18XLE2JDWXNQS |
| 15 | rerer | 102478051 |
| 16 | UKVOP | 634418220164669 |
| 17 | Trendy Hoodie Terrace | 634418219272828 |
| 18 | Hip Hop Hype Vault | 634418219378745 |
| 19 | LLMXD | 634418220163977 |
| 20 | Hero AA | 634418219252570 |
| 21 | MARCHAG | 634418219665704 |
| 22 | Advocate Freedom | 634418218928190 |
| 23 | CustomCove | 634418219373434 |
| 24 | Marco Min Shop | 634418219809341 |
| 25 | Street Swag Dynasty | 634418219378810 |
| 26 | Bass Boom Boutique | 634418219378988 |
| 27 | Trendy Tee Hut | 634418219250310 |
| 28 | Handmade Heaven DIY | 634418218777712 |
| 29 | JewelryMakingJoy DIY | 634418218778495 |
| 30 | BakeAndDecorate DIY | 634418218778396 |
| 31 | Customized beauty i | 634418219192074 |
| 32 | KnitAndCrochet DIY | 634418218778581 |
| 33 | DIY Wonder | 634418219036622 |
| 34 | Craft Haven DIY | 634418218744195 |
| 35 | KidsCraftCorner DIY | 634418218778339 |

| 36 | maizimaoyi | 634418218813260 |
| 37 | DKSHAW | 634418218622777 |
| 38 | PartyPlanner DIY | 634418218778706 |
| 39 | Lmagine Create DIY | 634418218777198 |
| 40 | Easy Tee | 634418218460072 |
| 41 | Design Studio DIY | 634418218777667 |
| 42 | Lnnovation Lab DIY | 634418218777538 |
| 43 | Stylishy | 634418217549746 |
| 44 | NEWDV Specialty | 634418218205377 |
| 45 | dadamaila | 634418218970490 |
| 46 | HYUGTHJF | 634418219136187 |
| 47 | MEET Fashion Shop | 634418218659715 |
| 48 | TOYAR UMI local | 634418218569851 |
| 49 | Xyloray | 634418219758757 |
| 50 | BBBmall | 634418219107801 |
| 51 | zhonghengchaoban | 634418216915540 |
| 52 | xiaosifang | 634418213145755 |
| 53 | CuteM | 634418210311679 |
| 54 | Haodengye | 634418211809843 |
| 55 | The shop of Wang | 634418211459503 |
| 56 | yhalk wholesale goods | 634418219978541 |
| 57 | getmoretimetoplay | 634418219006100 |
| 58 | make onebyone | 634418216870725 |
| 59 | cup onebyfour | 634418216871184 |
| 60 | Intsan wholesale goods | 634418219828257 |
| 61 | B Cashino Mall | 634418219768180 |
| 62 | LNT FCustom | 634418219610136 |
| 63 | PTYM Shop | 634418209485231 |
| 64 | Expert of SC | 634418218658454 |
| 65 | Yunpu Direct | 346217341267 |
| 66 | Luxe Layers | 634418212456557 |
| 67 | XUYUFUSHI | 4685081156167 |
| 68 | HFshoppy | 634418217592902 |
| 69 | SuiXinBH | 634418211543446 |
| 70 | LI xs | 634418211508715 |
| 71 | Yiniao City Miyao Home Textile | 634418214563482 |
| 72 | WangXiongMao | 634418213518078 |
| 73 | ZINUOJIAFANG | 634418211542281 |
| 74 | zyfzone | 634418220161944 |
| 75 | Xuanxuan Hot Pot Painting Shop | 634418214481269 |
| 76 | Special price for heat transfe | 634418214470755 |
| 77 | TeeVibes | 634418219507083 |

| 78 | Natural Fitwell | 634418219273937 |
|---|---|---|
| 79 | CottonCraft | 634418219391412 |
| 80 | Casual Apparel | 634418219324632 |
| 81 | ServeU | 634418219607830 |
| 82 | Classic Tee Treasury | 634418219250908 |
| 83 | WUXHS | 634418218957462 |
| 84 | TTJUS | 634418219177184 |
| 85 | TTLZR | 634418219176992 |
| 86 | AUUKE | 634418219827224 |
| 87 | DailHub | 634418217658341 |
| 88 | Marco GE SHOP | 634418219818138 |
| 89 | AMEPD | 634418219610904 |
| 90 | Merero Goods | 634418219776269 |
| 91 | AMELA | 634418218306848 |
| 92 | CAALEB | 634418218306767 |
| 93 | TTYEO | 634418218700931 |
| 94 | usqianhe | 634418213473173 |
| 95 | CustomChicCo | 634418219009965 |
| 96 | Style Havener | 634418218869762 |
| 97 | Quirky Tees | 634418219120618 |
| 99 | FabricMuse | 634418217736024 |
| 100 | Racer Two | 634418220008793 |
| 101 | letendo | 634418220071082 |
| 102 | VividWears | 634418218615977 |
| 103 | Jawo local | 634418219478513 |
| 104 | TailorMade Threads | 634418218522307 |
| 105 | PinnacleShirts | 634418219426615 |
| 106 | Serene Streetwear | 634418219488461 |
| 107 | Cozy Couture | 634418220189648 |
| 108 | Balford | 634418219389431 |
| 109 | HUANGLOEE local | 634418218711746 |
| 110 | WJONEC | 634418219576842 |
| 111 | NiceChoicc | 634418219490048 |
| 112 | AAXIAOYUB | 634418219192352 |
| 113 | Dream trend | 634418218786808 |
| 114 | YINGYING MA | 634418219322009 |
| 115 | PXKJYB | 634418219593944 |
| 116 | MioTshirt | 634418216404065 |
| 117 | FCWAOO | 634418218935817 |
| 118 | LuxTrade Fashion | 634418219084145 |
| 119 | LibertyFinds | 634418215846840 |
| 120 | Metro Male | 634418218120416 |

| 121 | AAKSFVED | 634418219199559 |
| 122 | Huabaiqing Technology | 634418215407281 |
| 123 | Marco Karen | 634418219802051 |
| 124 | Queen Couture | 634418218053747 |
| 125 | QingTeng Fashion Shop | 634418217978653 |
| 126 | Fashion Outpost Shop | 634418218008216 |
| 127 | JINSONG SHOP | 634418218241712 |
| 128 | Love Custom UMI | 634418219347366 |
| 129 | DDD Studio | 634418219746830 |
| 130 | Afccvfgvfd | 634418220437135 |
| 131 | ABMUG | 634418219842708 |
| 132 | Masculine Mode Marketplace | 634418220194347 |
| 133 | yanxiangfa | 634418216119717 |
| 134 | ETERNAL HOPE | 634418217941876 |
| 135 | YUVCX | 634418220162301 |
| 136 | COBAR | 634418220160845 |
| 137 | AMEEL | 634418219555705 |
| 138 | ANGPO | 634418219827200 |
| 139 | DM Fashion Mens wear | 634418219877543 |
| 140 | White world Tshirt | 634418220034270 |
| 141 | MEN DIAN | 634418220072485 |
| 142 | JJ Dopamine clothing | 634418219877287 |
| 143 | FashionNexus | 634418220097843 |
| 144 | fortunate stickers | 634418219394399 |
| 145 | Lucky HomeO | 634418219620070 |
| 146 | National Makeup Yifatang | 3150183823395 |
| 147 | OfficeSupplies | 634418213220678 |
| 148 | AMZXZ | 634418219611030 |
| 149 | PrimeCurated | 634418217947070 |
| 150 | DTeees | 634418218903948 |
| 151 | SOUNDFAM | 634418218506447 |
| 152 | Global Hoodie Haven | 634418219421712 |
| 153 | Insight Hoodie A | 634418220049856 |
| 154 | Fashion Men Shirt Shop | 634418217853416 |
| 155 | PrintFlow | 634418217908765 |
| 156 | bsqianheus | 634418215267133 |
| 157 | Customize Gifts f | 634418219044705 |
| 158 | maidada | 634418219029919 |
| 159 | WDMCHAKYC | 634418218433561 |
| 160 | DOYADAP | 634418218502216 |
| 161 | maidandan | 634418219029784 |
| 162 | felebodd | 634418218920252 |

| 163 | LINFENGOOD | 634418218479578 |
|-----|-----------|-----------------|
| 164 | QOtees | 634418219388378 |
| 165 | odnum globe | 634418216474238 |
| 166 | Modern fashion wear | 634418217331710 |
| 167 | OPEN GIFT | 634418215101160 |
| 168 | ELIZABETHLYF | 634418216256877 |
| 169 | PRMUB | 634418219827126 |
| 170 | AMMUG | 634418219827151 |
| 171 | PJM JM | 634418212106613 |
| 172 | kkayplanet D | 634418219636584 |
| 173 | Lizhijingmi | 634418216949199 |
| 174 | kkayplanet A | 634418219630756 |
| 175 | Whimsy Warehouses | 634418219769893 |
| 176 | YFC Online | 634418218837530 |
| 177 | UniqueStyles | 634418218977090 |
| 178 | ZenithStar | 634418216237614 |
| 179 | Cool Guyy | 634418219458132 |
| 181 | Manly Style | 634418219461752 |
| 182 | Sharp Dresser | 634418219464656 |
| 183 | POP UP Studio A II | 634418219374032 |
| 184 | Elegant Ensemble | 634418217450866 |
| 185 | JJJ Menswear | 634418219367803 |
| 186 | EchoBoutiqua | 634418218742691 |
| 187 | Gentle Mans Land | 634418219465176 |
| 188 | AuraVoguea | 634418218742276 |
| 189 | StyleChaser | 634418219183599 |
| 190 | CozyCrew | 634418218734670 |
| 191 | Tuesday Treasures | 634418219159107 |
| 192 | Monday MUSE | 634418219160073 |
| 193 | B hero | 634418219023614 |
| 194 | yijdh | 634418219749205 |
| 195 | Xiubei Rabbit eleven | 634418220023508 |
| 196 | RED Home INC | 634418217905289 |
| 197 | NEWHORIZON | 634418215338246 |
| 198 | Pharmacy storage box shop local | 634418218809075 |
| 199 | Wear ItOut | 634418217312271 |
| 200 | Strongest mens clothing factory | 634418216956288 |
| 201 | Black horse costume a | 634418218373580 |
| 202 | PrimeInk | 634418218895889 |
| 203 | PTQLMY | 634418217870563 |
| 204 | B mark | 634418219345230 |
| 205 | FEIDOUM | 634418219071462 |

| 206 | ZGKYDXB | 634418219566629 |
| 207 | WALL DESIGN E | 634418219021579 |
| 208 | WTYE | 634418213573319 |
| 209 | Stay in touch | 634418219914898 |
| 210 | LONGQIFEIYANG local | 634418218147080 |
| 211 | opgkjgj | 634418219754044 |
| 212 | V Trend Clothing | 634418218542386 |
| 213 | EG supe | 634418219018854 |
| 214 | FZ VANANC | 634418218667369 |
| 215 | Long Sleeve Haven | 634418217461559 |
| 216 | BKLNJ | 634418219632245 |
| 217 | RAINPOP | 634418219396445 |
| 218 | Blissful Design | 634418219410670 |
| 219 | Nerinvi KT | 634418217903914 |
| 220 | Sobit Women clothing | 634418219615867 |
| 221 | Elegant princess clothing | 634418212275382 |
| 222 | CCB Customization | 634418219793781 |
| 223 | DWWWSHOP | 634418219093398 |
| 224 | Joanna Tee | 634418215527191 |
| 225 | EZCUST local W | 634418216407518 |
| 226 | DYOUGUO | 634418210924154 |
| 227 | Tshirt House | 634418219724972 |
| 228 | BeihanTshirt | 634418219532920 |
| 229 | TeeGalaxys | 634418219625066 |
| 230 | BXEBVMZC | 634418218822886 |
| 231 | AWWWSHOP | 634418219092714 |
| 232 | Comfortable Tshirt | 634418219728881 |
| 233 | Dante fashion | 634418214718609 |
| 234 | LT Pre CC | 634418219859055 |
| 235 | in Crazy Fashion | 634418219542280 |
| 236 | Qing Placemats Factory | 634418219036074 |
| 237 | wenmengABCd | 634418217925148 |
| 238 | ZYFANGC local | 634418216491097 |
| 239 | ZYFANb local | 634418216382444 |
| 240 | ZYFANGD local | 634418216627773 |
| 241 | Ken Coaster Factory | 634418218911404 |
| 242 | Early culture | 634418219728855 |
| 243 | KICTTTT | 634418219119331 |
| 244 | Beautiful Signs Art | 634418212273805 |
| 245 | ZITNAVI FACTORY | 634418211754155 |
| 246 | MarkyDecorate | 634418219352561 |
| 247 | FortuneDecorate | 634418219543794 |

| 248 | FSGRGR | 634418218873095 |
|---|---|---|
| 249 | the savvy shopper | 634418212719199 |
| 250 | waterspinach | 634418212024792 |
| 251 | Mint love costume | 4152604883306 |
| 252 | T Fechei | 634418217423844 |
| 253 | ZENDXI | 17412980586 |
| 254 | Faris | 120077338420 |
| 255 | Man Ze | 634418214797459 |
| 256 | SOFEI | 634418212479550 |
| 257 | Rugged Sweater Realm | 634418219166438 |
| 258 | QQAUF | 634418219610869 |
| 259 | Cotton MD | 634418218741074 |
| 260 | Urban Tee Sanctuary | 634418219250651 |
| 261 | Easy lane Aone | 634418219952789 |
| 262 | MANSON CLOTHING | 634418219687223 |
| 263 | lanmontt | 634418218478619 |
| 264 | MAXIKKDYJH | 634418218431670 |
| 265 | imofee | 634418218482975 |
| 266 | SYKGSCYGYC | 634418218433420 |
| 267 | tt Clothingz | 634418219982067 |
| 268 | Custom TXH | 634418217366892 |
| 269 | ZefatiAP | 634418220020283 |
| 270 | Retro literature and art | 634418216128950 |
| 271 | Lucy Fashion Clothing | 634418218687830 |
| 272 | Adventure Badge | 634418216889717 |
| 273 | Keep happy shopping | 634418219220556 |
| 274 | Fashion female | 634418219037456 |
| 275 | REFINED GENTS | 634418218463293 |
| 276 | Zsquare | 634418217847843 |
| 277 | himofee | 634418218486457 |
| 278 | ORIZA | 634418217968270 |
| 279 | DJDF | 118410307710 |
| 280 | The Color of Dreams | 634418212935618 |
| 281 | JIATUOMEN | 634418212062039 |
| 282 | WANGJUNKAI | 634418218131574 |
| 283 | LINJUNJIE | 634418219129120 |
| 284 | ZHONGHENG | 5181817442433 |
| 285 | Yangxiansheng | 4956317471708 |
| 286 | DAMALINJUNJIE | 634418219307598 |
| 287 | Dama Runyi | 634418212770107 |
| 288 | jiatuomeiDM | 634418212812961 |
| 289 | CHABXI | 4956027333711 |

| 290 | DMWANGJUNKAI | 634418218132030 |
| 291 | YILLI SHOP | 634418211255989 |
| 292 | MJHYGTCC | 634418219584649 |
| 293 | Jiexiner | 634418218852548 |
| 294 | CCA Customization | 634418219339362 |
| 295 | MAGIC BLACKPINK | 634418219599383 |
| 296 | Chimay Market | 634418219775701 |
| 297 | Flawless Fashion SS | 634418212451303 |
| 298 | SallyCloth | 2917993015755 |
| 299 | Yuanhan fashion womens | 634418216336109 |
| 301 | lianmaoshan | 634418217517741 |
| 302 | CHE MO | 634418213555109 |
| 303 | QL Trendy Clothing | 634418216021848 |
| 304 | Eigetsu | 634418214596365 |
| 305 | LuckyPic | 634418219101011 |
| 306 | Curve Party | 634418212342337 |
| 307 | GZ Chen Ya Clothing | 634418214803672 |
| 308 | SizeStyle | 634418218640704 |
| 309 | Unique Ashley | 634418218009168 |
| 310 | MSTING | 634418220099250 |
| 311 | Friendly cup | 634418219287375 |
| 312 | iBecause of you | 634418216172073 |
| 313 | gain more | 634418218080265 |
| 314 | Jane Better | 634418219695326 |
| 315 | ZYFANG | 39192440267 |
| 316 | angeldayshop | 634418216038950 |
| 317 | Afghws | 634418220437108 |
| 318 | HARBOR CHIC TWO | 634418219443163 |
| 319 | fodk | 634418219942624 |
| 320 | Mingrenfang | 634418219296108 |
| 321 | Blanket Little Prince | 634418219249804 |
| 322 | gijji | 634418219942140 |
| 323 | Lucky yuyang | 634418219950151 |
| 324 | xiaotuB | 634418219327040 |
| 325 | yhfhh | 634418219946064 |
| 326 | sigezhijia | 634418219716302 |
| 327 | GLAM DISTRICT ONE | 634418219417590 |
| 328 | xiaotuA | 634418219306824 |
| 329 | BLANKET GIFT FOR YOU | 634418218716270 |
| 330 | Kerie | 634418219966286 |
| 331 | kddd | 634418219942517 |
| 332 | WenmengABCe | 634418217912310 |

| 333 | The wind four | 634418218821510 |
|---|---|---|
| 334 | yulejiaxiaodian | 634418220344653 |
| 335 | wangfengweiP | 634418218823982 |
| 336 | Sister Tangs blanket | 634418219806980 |
| 337 | thuth | 634418219946121 |
| 338 | AFSDFSD | 634418220437088 |
| 339 | Latitude Blanket Shop | 634418218931734 |
| 340 | soft wear | 634418217532746 |
| 341 | ZXIRNA | 710312300041 |
| 342 | JIAO STICKERS | 634418212304526 |
| 343 | GLAM DISTRICT FIVE | 634418219640533 |
| 344 | Bright Hues Kings | 634418218526124 |
| 345 | DSDTWOA | 634418219605603 |
| 346 | LINJING TWO | 634418219808460 |
| 347 | Easy lane Atwo | 634418219953496 |
| 348 | Luck DIY | 634418218694594 |
| 349 | POP UP Studio A III | 634418219374060 |
| 350 | DIY Blaze | 634418219036677 |
| 351 | DigitalArt DIY | 634418218778742 |
| 352 | JRCHICYEA | 634418218867541 |
| 353 | MirthBloom | 634418218617818 |
| 354 | TTHOOD | 634418218701291 |
| 355 | okkkay | 634418219286034 |
| 356 | Trend Prints | 634418218998132 |
| 357 | Three K | 634418217265121 |
| 358 | Brooch King | 634418217021220 |
| 359 | Davidone | 634418218781964 |
| 360 | ggjhh | 634418219942628 |
| 361 | shuhuanXIAODIAN | 634418220443568 |
| 362 | shuchangfuzhuang | 634418220343997 |
| 363 | GLAM DISTRICT THREE | 634418219429848 |
| 364 | BEAR SHOP TWO cc | 634418219249767 |
| 365 | Desirable wall art painting | 634418217380849 |
| 366 | Youthful Aluminum Sign | 634418218477453 |
| 367 | Cool Tee Junction | 634418219250774 |
| 368 | Modern Ink Tees | 634418219919623 |
| 369 | LeucoTee | 634418219139288 |
| 370 | Baolin CL | 634418219477080 |
| 371 | Youhuike | 634418216225345 |
| 332 | AttireAura | 634418218461379 |
| 373 | UrbanBeatBlaze | 634418219378175 |
| 374 | BEAR SHOP TWO local | 634418219249725 |

| 375 | Baolin CR | 634418219477263 |