IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEFF BARTELS,

        Plaintiff,        Civil Action No. 25-cv-934

v.                                (Judge Bissoon)

DUOJINASHU, *et al.*,

        Defendants.

## ENTRY OF APPEARANCE

To the Clerk:

    Kindly enter my appearance for the Plaintiff in the above-captioned matter.

                                Respectfully submitted,

November 5, 2025                    /s/ Ann E. Cheetham
                                            Ann E. Cheetham
                                            Pa. ID No. 335645

                                            FERENCE & ASSOCIATES LLC
                                            409 Broad Street
                                            Pittsburgh, PA  15143
                                            (412) 741-8400 – telephone
                                            (412) 741-9292 – facsimile
                                            acheetham@ferencelaw.com

                                            Attorneys for Plaintiff